| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Grimm, Paul W. | 2. Court or Organization  U.S. District Court, District of Maryland | 3. Date of Report  04/29/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States District Judge (active status) | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2012 to 12/31/2012 |
| 7. Chambers or Office Address  Chambers 465A U.S. Courthouse 6500 Cherrywood Lane Greenbelt, MD 20770 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Instructor, part-time | Shemer Bar Review (lecturer) |
| 2. | Instructor, part-time | University of Baltimore School of Law (adjunct faculty) |
| 3. | Instructor, part-time | University of Maryland School of Law (adjunct faculty) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Shemer Bar Review, lecturer | $6,450.00 |
| 2. | 2012 | ABA-MD Discovery Problems Solutions, royalties | $167.28 |
| 3. | 2012 | University of Baltimore School of Law, adjunct faculty | $3,750.00 |
| 4. | 2012 | University of Maryland School of Law, adjunct faculty | $7,200.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Dietician |
| 2. | 2012 | Dietician- |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Florida College of Advanced Judicial Studies | 06/03/12-06/05/12 | Naples, FL | educational seminar | meals, travel, lodging |
| 2. | Lawyers for Civil Justice | 11/30/12 | New York, NY | educational seminar | meals, travel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M&T Bank accounts | A | Interest | M | T | Matured (part) | 06/08/12 | K | | |
| 2. | | | | | Open | 06/08/12 | M | | |
| 3. AXA Equitable TSA (Equi-Vest) | | None | K | T | | | | | |
| 4. Vanguard GNMA Fund IRA | B | Dividend | L | T | | | | | |
| 5. Lincoln Multi-Fund (Johns Hopkins Hosp Retirement) | | None | J | T | | | | | |
| 6. T. Rowe Price Equity Income IRA | B | Dividend | L | T | | | | | |
| 7. The Columbia Bank CD | A | Interest | J | T | | | | | |
| 8. Fidelity Cash Reserves Roth | A | Dividend | J | T | | | | | |
| 9. Fidelity Cash Reserves Roth | A | Dividend | J | T | | | | | |
| 10. T. Rowe Price Prime Reserve | A | Dividend | K | T | | | | | |
| 11. MD College Investment Plan 529-Portfolio 2012 | | None | | | Closed | 06/08/12 | K | | |
| 12. MD College Investment Plan 529-Portfolio for College | | None | | | Open | 06/08/12 | K | | |
| 13. | | | | | Redeemed (part) | 06/29/12 | K | | |
| 14. | | | | | Redeemed | 12/07/12 | J | | |
| 15. Exelon Corporation common stock (Y) | | | | | | | | | |
| 16. VCSP/College America EuroPacific Growth Fund 529A | | None | | | Sold | 04/26/12 | J | | |
| 17. VCSP/College America Growth Fund of America 529A | | None | | | Sold | 04/26/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VCSP/College America SMALLCAP World Fund 529A | | None | | | Sold | 04/26/12 | J | | |
| 19. VCSP/College America Fundamental Investors 529A | A | Dividend | | | Sold | 04/26/12 | J | | |
| 20. VCSP/College America Capital Income Builder 529A | A | Dividend | | | Sold | 04/26/12 | J | | |
| 21. VCSP/College America Amer Fds Money Mkt Fd 529A | | None | K | T | Distributed (part) | 06/29/12 | J | | |
| 22. | | | | | Distributed (part) | 12/07/12 | J | | |
| 23. VCSP/College America Amer Fds Money Mkt Fd 529A | | None | L | T | Buy (add'l) | 04/26/12 | K | | |
| 24. | | | | | Distributed (part) | 12/07/12 | J | | |
| 25. IRA - RBC | | | | | | | | | |
| 26. - Calamos Strategic Total Return Fund | B | Dividend | J | T | | | | | |
| 27. - Goldman Sachs Tr Equity Growth Strategy | A | Dividend | K | T | | | | | |
| 28. - RBC Bank Deposit Program (prev. Prime MM RBC Investor) | A | Dividend | K | T | | | | | |
| 29. - Invesco Van Kampen Equity Income C | A | Dividend | K | T | | | | | |
| 30. - MacQuarie 1st Tr Global Infrastructure Div/Inc | B | Dividend | J | T | | | | | |
| 31. - Enervest Diversified Income Trust | A | Dividend | J | T | | | | | |
| 32. - Cohen & Steers Infrastructure Fund | B | Dividend | K | T | | | | | |
| 33. - John Hancock Tax Advntgd Div/ Inc | B | Dividend | K | T | | | | | |
| 34. - AllianceBernstein Global Hi Income Fd II | C | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Countrywide Home Loans Ser | A | Interest | J | T | | | | | |
| 36. - CS First Boston Mortgage | A | Interest | J | T | | | | | |
| 37. - FHLMC REMIC 3010-YD | | | | | Redeemed (part) | 07/16/12 | J | A | |
| 38. | | | | | Redeemed (part) | 08/15/12 | J | A | |
| 39. | | | | | Redeemed (part) | 09/17/12 | J | A | |
| 40. | | | | | Redeemed | 10/15/12 | J | A | |
| 41. - Banc of America Fndg Corp Ser | A | Interest | J | T | | | | | |
| 42. - Citicorp Mortgage Secs Tr Ser | A | Interest | J | T | | | | | |
| 43. - Bank of America Mtge Sec Ser | A | Interest | J | T | | | | | |
| 44. - Wells Fargo Mtge Bkd Sec | A | Interest | J | T | | | | | |
| 45. - Alternative Loan Tr | A | Interest | J | T | | | | | |
| 46. - CWalt Inc Mtge PC | A | Interest | J | T | | | | | |
| 47. - Countrywide Home Loan Alt Loan | A | Interest | J | T | | | | | |
| 48. - Mastr Alt Loan Trust Ser | A | Interest | J | T | | | | | |
| 49. - Mastr Alt Loan Trust Ser | A | Interest | J | T | Redeemed (part) | 01/25/12 | J | A | |
| 50. - Alternative Loan Trust | B | Interest | K | T | | | | | |
| 51. - Banc Amer Funding Corp | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Alternative Loan Trust ( | A | Interest | J | T | | | | | |
| 53. - 1st Horizon Alt Mtge Ser ( | A | Interest | J | T | | | | | |
| 54. - Banc Amer Mtg Sec | A | Interest | J | T | | | | | |
| 55. - Banc of Amer Alt Ln Tr | A | Interest | J | T | | | | | |
| 56. - Wells Fargo Mtge Bkd Sec | A | Interest | J | T | | | | | |
| 57. - Mastr Alt Loan Tr | A | Interest | J | T | | | | | |
| 58. - Mastr Alt Loan Tr | A | Interest | J | T | | | | | |
| 59. - Alternative Loan Tr | A | Interest | J | T | | | | | |
| 60. - CSFB Mtge Bkd | A | Interest | J | T | | | | | |
| 61. - Bear Stearns Asset Bk Sec Tr | A | Interest | J | T | | | | | |
| 62. -CWalt Alt Loan Tr | A | Interest | K | T | Buy | 03/26/12 | K | | |
| 63. -1st Horizon Mtge | A | Interest | J | T | Buy | 05/25/12 | J | | |
| 64. -Structured Assets Sec | A | Interest | J | T | Buy | 09/25/12 | J | | |
| 65. | | | | | Redeemed (part) | 10/25/12 | J | A | |
| 66. -CitiFinancial Mtge Sec | A | Interest | K | T | Buy | 11/23/12 | K | | |
| 67. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 04/29/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Line 28: Name change from Prime MM RBC Investor Class to RBC Bank Deposit Program.

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 04/29/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Paul W. Grimm**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544